## 34949. WILLIAMS v. BYERS.

CARLISLE, J. A writ of error to this court, assigning error solely on the trial court's judgment sustaining a general demurrer to the defendant's answer to the plaintiff's action for breach of contract, is premature and must be dismissed, as such judgment is not such a final one within the meaning of Code § 6-701 as to confer jurisdiction on this court. *Johannesen* v. *Whiddon*, 85 *Ga. App.* 252 (69 S. E. 2d 118).

*Writ of error dismissed. Gardner, P. J., and Townsend, J., concur.*

DECIDED JANUARY 9, 1954.

*Hicks & Culbert,* for plaintiff in error.
*Robert L. Scoggin,* contra.